| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MCCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA  94025<br>Telephone No: (650) 618-3500        FAX No: (650) 618-3599 | |

| | | |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>01415 | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court For The Northern District Of California

Plaintiff: AIU INSURANCE COMPANY

Defendant: ACCEPTANCE INSURANCE COMPANY, et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5491 EDL |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the ad

3.  a. Party served:        TIG SPECIALITY INSURANCE COMPANY, a California corporation (Attn:  CT CORPORATION SYSTEM, AGENT FOR SERVICE)
    b. Person served:       MARGARET WILSON, AUTHORIZED AGENT

4.  Address where the party was served:        818 WEST SEVENTH STREET
    LOS ANGELES, CA  90017

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 05, 2007 (2) at: 2:40PM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    on behalf of: TIG SPECIALTY INSURANCE COMPANY, a California corporation
    Under CCP 416.10 (corporation)

7.  **Person Who Served Papers:**                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. BRUCE ANDERSON                               d.  **The Fee for Service was:**   $52.50
    **b. SWIFT ATTORNEY SERVICE**                   e.  I am: (3) registered California process server
       P.O. BOX 5324                                        *(i)*   Owner
       500 ALLERTON STREET, SUITE 105                       *(ii)*  Registration No.:      3991
       Redwood City, CA  94063                              *(iii)* County:               Los Angeles
    c. (650)364-9612, FAX (650)364-3305

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:Thu, Nov. 08, 2007

    Judicial Council Form POS-010                    **PROOF OF SERVICE**                (BRUCE ANDERSON)
    Rule 2.150.(a)&(b) Rev January 1, 2007                                                               mccurdy.15019

## LIST OF DOCUMENTS

**SUMMONS**

**COMPLAINT**

**CIVIL CASE SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**USDC-N ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A GAGISTRATE JUDGE; WELCOME TO THE US DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE**