LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCurdy & Fuller LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
Email: laura.ruettgers@mccurdylawyers.com

Attorneys for Plaintiff
AIU INSURANCE COMPANY


SEMHA ALWAYA (CSBN 141999)
TRELAWNEY JAMES-RIECHERT (CSBN 160853)
A. MARK HOM (CSBN 154777)
Law Offices of Semha Alwaya
2200 Powell Street, Suite 110
Emeryville, California 94608
Telephone: (510) 595-7900
Facsimile: (510) 595-9049
E-mail: salwaya@alwayalaw.com

Attorney for Defendant
TIG INSURANCE COMPANY
ERRONEOUSLY SUED HEREIN AS
TIG SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, IND., a Vermont corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. C 07 5491 EDL<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(b); CIVIL L.R. 6-1(a))**<br><br>**COMPLAINT FILED:**<br>October 2007 |

Plaintiff AIU Insurance Company and Defendant TIG Insurance Company, erroneously sued herein as TIG Specialty Insurance Company (collectively, "the PARTIES") hereby stipulate, by and through their respective counsel of record, as follows:

1. In the interests of justice, and to allow Defendant TIG Insurance Company sufficient time to analyze and properly respond to Plaintiffs' Complaint herein, the PARTIES hereby stipulate that pursuant to Civil L.R. 6-1(a) and Federal Rule of Civil Procedure 6(b), Defendant TIG Insurance Company is hereby given a 15-day extension to answer or otherwise respond to Plaintiff's Complaint. The answer or other response was originally due on November 26, 2007. Therefore, the answer or response by TIG Insurance Company will now be due no later than Tuesday, December 11, 2007.

2. The PARTIES further stipulate that this document may be executed in counterparts and that a signature provided electronically or via facsimile will be considered an original for all purposes related to this document.

DATED: November 15, 2007

MCCURDY & FULLER LLP

By: _____
Attorney for Plaintiff
AIU INSURANCE COMPANY

DATED: November 15, 2007

LAW OFFICES OF SEMHA ALWAYA

By: _____
Semha Alwaya

Attorney for Defendant
TIG INSURANCE COMPANY
ERRONEOUSLY SUED HEREIN AS
TIG SPECIALITY INSURANCE
COMPANY