**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                      415.522.2000

**November 19, 2007**

**CASE NUMBER:  CV 07-05491 EDL**

**CASE TITLE:  AIU INSURANCE C0MPANY-v-ACCEPTANCE INSURANCE COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/19/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                 Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 11/19/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA