| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MCCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA  94025<br>Telephone No: (650) 618-3500   FAX No: (650) 618-3599 | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.:<br>01415 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: AIU INSURANCE COMPANY | | | | |
| Defendant: ACCEPTANCE INSURANCE COMPANY, et al | | | | |
| **PROOF OF SERVICE**<br>**LIST OF DOCUMENTS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5491 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ADDENDUM:  See Attached List of Documents

3. a. Party served: ROYAL INSURANCE COMPANY, a Delaware corporation ((Attn:  CSC-LAWYERS INC. SERVICE, AGENT FOR SERVICE)
   b. Person served: BECKY DEGEORGE, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE, SUITE 100
   Sacramento, CA  95833

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Nov. 17, 2007 (2) at: 12:50PM

7. **Person Who Served Papers:**                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. T. ANDY HARRIS                                          d. *The Fee for Service was:*    $58.50
   b. **SWIFT ATTORNEY SERVICE**                              e. I am: (3) registered California process server
   P.O. BOX 5324                                                     (i)  Owner
   500 ALLERTON STREET, SUITE 105                                    (ii) Registration No.:   81-002
   Redwood City, CA  94063                                           (iii) County:            Sacramento
   c. (650)364-9612, FAX (650)364-3305

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Nov. 16, 2007

*signature: T. ANDY HARRIS*

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    LIST OF DOCUMENTS                                mccurdy.15017

## LIST OF DOCUMENTS

**SUMMONS**

**COMPLAINT**

**CIVIL CASE SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**USDC-N ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A GAGISTRATE JUDGE; WELCOME TO THE US DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE**