| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MCCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025 | | |
| Telephone No: (650) 618-3500   FAX No: (650) 618-3599 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>01415 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: AIU INSURANCE COMPANY
Defendant: ACCEPTANCE INSURANCE COMPANY, et al

| PROOF OF SERVICE<br>LIST OF DOCUMENTS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 5491 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ADDENDUM: See Attached List of Documents

3. a. Party served:  AMERICAN SAFETY RISK RETENTION GROUP, INC., BY SERVING COMMISSIONER INSURANCE, AGENT FOR SERVICE OF PROCESS
   b. Person served: GEOBBREY F. MARGOLIS, SENIOR STAFF COUNSEL

4. Address where the party was served: 300 CAPITOL MALL, 17TH FLOOR
   Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 16, 2007 (2) at: 3:35PM

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. T. ANDY HARRIS
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   d. *The Fee for Service was:* $97.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 81-002
      (iii) County: Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Nov. 20, 2007

(T. ANDY HARRIS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
LIST OF DOCUMENTS

mccurdy.15331

## LIST OF DOCUMENTS

**SUMMONS**

**COMPLAINT**

**CIVIL CASE SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**USDC-N ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A GAGISTRATE JUDGE; WELCOME TO THE US DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE**