Laura J. Ruettgers, Esq., SBN 206636
laura.ruettgers@mccurdylawyers.com
Christina M. Lavanier, Esq., SBN 233335
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500 / Facsimile: (650) 618-3599
Attorneys for Plaintiff AIU INSURANCE COMPANY

Mary E. McPherson, Esq., SBN 177194
mmcpherson@tsmp.com
Angela Pak, Esq., SBN 240177
apak@tsmp.com
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
Telephone: (310) 203-4800 / Facsimile: (310) 203-4850

Attorneys for Defendant ROYAL INDEMNITY COMPANY
as successor in interest to Royal Insurance Company of America
(erroneously sued as "Royal Insurance Company of America")

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br>Plaintiff<br>v.<br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, IND., a Vermont corporation, and DOES 1-10, INCLUSIVE,<br>Defendants. | Case No.: C 07 5491 EDL<br><br>STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(b); CIVIL L.R. 6-1(a))<br><br>Complaint filed: October, 2007 |

Plaintiff AIU Insurance Company and Defendant Royal Indemnity Company erroneously sued herein as Royal Insurance Company of America (collectively, "the PARTIES") hereby stipulate, by and through their respective counsel of record, as follows:

1. In the interests of justice, and to allow Defendant Royal Indemnity Company sufficient time to analyze and properly respond to Plaintiffs' Complaint herein, the PARTIES hereby stipulate that pursuant to Civil L.R. 6.1(a) and Federal Rule of Civil Procedure 6(b), Defendant Royal Indemnity Company is hereby given a 15- day extension to answer or otherwise respond to Plaintiff's Complaint. The answer or other response was originally due on November 26, 2007. Therefore, the answer or response by Royal Indemnity Company will now be due no later than Tuesday, December 11, 2007.

2. The PARTIES further stipulate that this document may be executed in counterparts and that a signature provided electronically or via facsimile will be considered an original for all purposes related to this document.

Dated: November 16, 2007

McCURDY & FULLER LLP

By: _____
Laura J. Ruettgers
Christina M. Lavanier
Attorneys for Plaintiff
AIU INSURANCE COMPANY

///

1  Dated: November 26, 2007

2          TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

3

4      By: _____/s/ Mary E. McPherson_____
        Mary E. McPherson

5          Angela Pak
        Attorneys for Defendant

6          ROYAL INDEMNITY COMPANY
        as successor in interest to

7          Royal Insurance Company of America
        (erroneously sued as "Royal Insurance Company of

8          America")

9

10

11

12  LA-#100110 (1458-442)

13

14

15

16

17

18

19

20

21

22

23

24

25

# PROOF OF SERVICE

*AIU Insurance Company, etc. v. Acceptance Insurance Company, etc., et al.*
US District Court, Northern District of CA, San Francisco Division
Case No. C 07 5491 EDL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006. Upon this day, I served a copy of the attached

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING
(FRCP 6(b); CIVIL L.R. 6-1(a))

on all interested parties through their attorneys of record by placing a true and correct copy thereof to parties listed as shown below:

| Attorneys for Plaintiff<br>AIU INSURANCE COMPANY<br><br>Laura J. Ruettgers, Esq.<br>Christina M. Lavanier, Esq.<br>McCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025<br><br>Telephone:  (650) 618-3500<br>Facsimile:  (650) 618-3599<br>E-Mail:<br>laura.ruettgers@mccurdylawyers.com | Attorneys for Defendant<br>TIG INSURANCE COMPANY<br>ERRONEOUSLY SUED HEREIN AS<br>TIG SPECIALTY INSURANCE<br>COMPANY<br><br>Semha Alwaya, Esq.<br>Trelawney James-Riechert, Esq.<br>A. Mark Hom, Esq.<br>LAW OFFICES OF SEMHA<br>ALWAYA<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br><br>Telephone:  (510) 595-7900<br>Facsimile:  (510) 595-9049<br>E-Mail:       salwaya@alwayalaw.com |
|---|---|

///

---
1
Proof of Service

1 [x] **VIA FIRST-CLASS MAIL** (CCP §§ 1013, et seq.) - I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with the postage fully pre-paid at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

EXECUTED on November 26, 2007 at Los Angeles, California.

[x] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lay Lay Ong

LA-#100114 (1458-422)

---

Proof of Service