1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| AIU INSURANCE COMPANY, a New York corporation,<br>　　　　Plaintiff<br>　　v.<br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, IND., a Vermont corporation, and DOES 1-10, INCLUSIVE,<br>　　　　Defendants. | Case No.: C 07 5491 EDL<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(b); CIVIL L.R. 6-1(a))<br><br>Complaint filed: October, 2007 |
|---|---|

IT IS HEREBY ORDERED that that pursuant to the Stipulation submitted by Plaintiff AIU Insurance Company and Defendant Royal Indemnity Company (erroneously sued herein as Royal Insurance Company of America), Civil L.R. 6.1(a) and Federal Rule of Civil Procedure 6(b), Defendant Royal Indemnity

---
1
[PROPOSED] ORDER RE: STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(B); CIVIL L.R. 6-1(A))

1  Company is hereby given a 15- day extension to answer or otherwise respond to
2  Plaintiff's Complaint.  The answer or response by Royal Indemnity Company
3  which was originally due on November 26, 2007, will now be due no later than
4  Tuesday, December 11, 2007.

6  DATED: _November 27_____, 2007

   Honorable Phyllis J. Hamilton
   JUDGE OF THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   San Francisco Division

   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*

LA-#100122 (1458-442)

---
2

[PROPOSED] ORDER RE: STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(B); CIVIL L.R. 6-1(A))

# PROOF OF SERVICE

*AIU Insurance Company, etc. v. Acceptance Insurance Company, etc., et al.*
US District Court, Northern District of CA, San Francisco Division
Case No. C 07 5491 EDL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006. Upon this day, I served a copy of the attached

[PROPOSED] ORDER RE: STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING (FRCP 6(b); CIVIL L.R. 6-1(a))

on all interested parties through their attorneys of record by placing a true and correct copy thereof to parties listed as shown below:

| Attorneys for Plaintiff<br>AIU INSURANCE COMPANY<br><br>Laura J. Ruettgers, Esq.<br>Christina M. Lavanier, Esq.<br>McCURDY & FULLER LLP<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025<br><br>Telephone: (650) 618-3500<br>Facsimile: (650) 618-3599<br>E-Mail:<br>laura.ruettgers@mccurdylawyers.com | Attorneys for Defendant<br>TIG INSURANCE COMPANY ERRONEOUSLY SUED HEREIN AS TIG SPECIALTY INSURANCE COMPANY<br><br>Semha Alwaya, Esq.<br>Trelawney James-Riechert, Esq.<br>A. Mark Hom, Esq.<br>LAW OFFICES OF SEMHA ALWAYA<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br><br>Telephone: (510) 595-7900<br>Facsimile: (510) 595-9049<br>E-Mail: salwaya@alwayalaw.com |
|---|---|

///

---
1
Proof of Service

[x]   **VIA FIRST-CLASS MAIL** (CCP §§ 1013, et seq.) - I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with the postage fully pre-paid at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

EXECUTED on November 26, 2007 at Los Angeles, California.

[x]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lay Lay Ong

LA-#100114 (1458-422)