| Attorney or Party without Attorney: <br> MCCURDY & FULLER LLP <br> 4300 Bohannon Drive, Suite 240 <br> Menlo Park, CA 94025 <br> Telephone No: (650) 618-3500    FAX No: (650) 618-3599 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 01415 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | | |
| Plaintiff: AIU INSURANCE COMPANY | | |
| Defendant: ACCEPTANCE INSURANCE COMPANY, et al | | |

| PROOF OF SERVICE <br> LIST OF DOCUMENTS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07 5491 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ADDENDUM: See Attached List of Documents

3. a. Party served: ACCEPTANCE INSURANCE COMPANY, a Delaware corporation (Attn: DEBORAH A. WRINKLE, AGENT FOR SERVICE)
   b. Person served: DEBORAH A. WRINKLE, AUTHORIZED AGENT

4. Address where the party was served: 1206 W AVENUE J SUITE 100
   Lancaster, CA 93534

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 05, 2007 (2) at: 4:10PM

7. *Person Who Served Papers:*
   a. B. HORNER
   b. **SWIFT ATTORNEY SERVICE**
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was: $87.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 393
      (iii) County: Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Nov. 14, 2007

(signature) Bill Horner

(B. HORNER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
LIST OF DOCUMENTS

mccurdy.15015

## LIST OF DOCUMENTS

**SUMMONS**

**COMPLAINT**

**CIVIL CASE SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**USDC-N ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A GAGISTRATE JUDGE; WELCOME TO THE US DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE**