DAVID A. FIRESTONE, #061122
VOGL & MEREDITH LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone No: (415) 398-0200
Facsimile No: (415) 398-2820
dfirestone@voglmeredith.com

Attorneys for Defendant
AMERICAN SAFETY RISK RETENTION GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>ACCEPTANCE INSURANCE COMPANY, A Delaware corporation; TIG SPECIALTY INSURANCE COMPANY, a California corporation; ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation; AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants. | No. C 07 5491 PJH<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING [FRCP 6(b); CIVIL L.R. 6-1(a)] |

IT IS HEREBY STIPULATED AND ORDERED that Plaintiff AIU Insurance Company and Defendant American Safety Risk Retention Group have agreed to an extension of time to answer plaintiff's complaint herein. The answer of American Safety Risk Retention Group, originally due on December 6, 2007, is now due on December 19, 2007.

/ / /

/ / /

1

STIPULATION AND ORDER RE EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING

No. C 07 5491 PJH

IT IS SO STIPULATED.

Dated:  December 18, 2007              McCURDY & FULLER LLP


                                       by   /s/ Laura J. Ruettgers
                                              LAURA J. RUETTGERS
                                       Attorneys for Plaintiff
                                       AIU INSURANCE COMPANY


Dated: December 18, 2007               VOGL & MEREDITH LLP


                                       By   /s/ David A. Firestone
                                              DAVID A. FIRESTONE
                                       Attorneys for Defendant
                                       AMERICAN SAFETY RISK RETENTION
                                       GROUP

I, David A. Firestone, attest that concurrence in the filing of this document has been obtained from the signatory, Laura J. Ruettgers, which shall serve in lieu of her signature on this document.

                                       By   /s/ David A. Firestone
                                              DAVID A. FIRESTONE
                                       Attorneys for Defendant
                                       AMERICAN SAFETY RISK RETENTION
                                       GROUP

IT IS SO ORDERED.

Dated: December ___, 2007
                                       _____
                                       Honorable PHYLLIS J. HAMILTON
                                       Judge of the United States District Court

2

STIPULATION AND ORDER RE EXTENSION                              No.  C 07 5491 PJH
OF TIME TO FILE RESPONSIVE PLEADING