IT IS SO STIPULATED.

Dated: December 18, 2007    McCURDY & FULLER LLP

by _____
LAURA J. RUETTGERS
Attorneys for Plaintiff
AIU INSURANCE COMPANY

Dated: December 18, 2007    VOGL & MEREDITH LLP

By _____
DAVID A. FIRESTONE
Attorneys for Defendant
AMERICAN SAFETY RISK RETENTION GROUP

IT IS SO ORDERED.

Dated: December ___, 2007

_____
Honorable PHYLLIS J. HAMILTON
Judge of the United States District Court