1  DAVID A. FIRESTONE, #061122
   VOGL & MEREDITH LLP
2  456 Montgomery Street, 20th Floor
   San Francisco, CA 94104
3  Telephone No: (415) 398-0200
   Facsimile No:  (415) 398-2820
4  dfirestone@voglmeredith.com

5  Attorneys for Defendant
   AMERICAN SAFETY RISK RETENTION GROUP
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 AIU INSURANCE COMPANY, a New         )   No.  C 07 5491 PJH
   York corporation,                    )
13                                      )   STIPULATION AND ORDER
             Plaintiff,                 )   EXTENDING TIME TO FILE
14                                      )   RESPONSIVE PLEADING [FRCP 6(b);
        vs.                             )   CIVIL L.R. 6-1(a)]
15                                      )
   ACCEPTANCE INSURANCE COMPANY,        )
16 A Delaware corporation; TIG SPECIALTY)
   INSURANCE COMPANY, a California      )
17 corporation; ROYAL INSURANCE         )
   COMPANY OF AMERICA, a Delaware       )
18 corporation; AMERICAN SAFETY RISK    )
   RETENTION GROUP, INC., a Vermont     )
19 corporation; and DOES 1 through 10,  )
   inclusive,                           )
20                                      )
             Defendants.                )
21 _____)

22

23      IT IS HEREBY STIPULATED AND ORDERED that Plaintiff AIU Insurance Company

24 and Defendant American Safety Risk Retention Group have agreed to an extension of time to

25 answer plaintiff's complaint herein.  The answer of American Safety Risk Retention Group,

26 originally due on December 6, 2007, is now due on December 19, 2007.

27 / / /

28 / / /

                                         1
   STIPULATION AND ORDER RE EXTENSION                              No.  C 07 5491 PJH
   OF TIME TO FILE RESPONSIVE PLEADING

IT IS SO STIPULATED.

Dated: December 18, 2007        McCURDY & FULLER LLP

by   /s/ Laura J. Ruettgers
     LAURA J. RUETTGERS
Attorneys for Plaintiff
AIU INSURANCE COMPANY

Dated: December 18, 2007        VOGL & MEREDITH LLP

By   /s/ David A. Firestone
     DAVID A. FIRESTONE
Attorneys for Defendant
AMERICAN SAFETY RISK RETENTION GROUP

I, David A. Firestone, attest that concurrence in the filing of this document has been obtained from the signatory, Laura J. Ruettgers, which shall serve in lieu of her signature on this document.

By   /s/ David A. Firestone
     DAVID A. FIRESTONE
Attorneys for Defendant
AMERICAN SAFETY RISK RETENTION GROUP

IT IS SO ORDERED.

Dated: December 21, 2007        _____
                                Honorable
                                Judge of the

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION AND ORDER RE EXTENSION                No. C 07 5491 PJH
OF TIME TO FILE RESPONSIVE PLEADING