UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AIU Insurance Company, a New York
corporation
            Plaintiff(s),

v.

Acceptance Insurance Company, TIG
Specialty Insurance Company, Royal
            Defendant(s).

Case No. C 07-5491 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/16/2008

                                        for TIG Insurance Co.
[Party]

Dated: 1/16/2008

[Counsel]