## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AIU Insurance Company, a New York
corporation,

                Plaintiff(s),

           v.

Acceptance Insurance Company, a Delaware
corporation, et al.

                Defendant(s).

_____/

CASE NO. C 07-5491 PHJ

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

✓      other requested deadline May 31, 2008 _____

Dated: 1/17/08

                        /Laura J. Ruettgers/ _____
                        Attorney for Plaintiff

Dated: 1/17/08

                        /Thomas Foster/ _____
                        Attorney for Defendant

**[PROPOSED]** **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: 1/18/08



UNITED STATES DISTRICT JUDGE