1   Mary E. McPherson, Esq., SBN 177194
    Angela Pak, Esq., SBN 240177
2   TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
    3070 Bristol Street, Suite 450
3   Costa Mesa, CA 92626
    Telephone: (714) 429-2900
4   Facsimile:  (7140 429-2910
    mmcpherson@tsmp.com
5   apak@tsmp.com

6

7   Attorneys for Defendant
    ROYAL INDEMNITY COMPANY
8   as successor in interest to
9   Royal Insurance Company of America
    (Improperly sued as "Royal Insurance Company of America")
10

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  AIU INSURANCE COMPANY, a New York corporation, | CASE NO.  C07 5491 PJH |
| 15 | |
| 16                Plaintiff | **STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 17         v. | |
| 18  ACCEPTANCE INSURANCE | |
| 19  COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE | Current Date:   February 7, 2008 |
| 20  COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF | Time:              2:30 p.m. Courtroom:      3 |
| 21  AMERICA, a Delaware corporation, | |
| 22  AMERICAN SAFETY RISK | Proposed Date:  February 21, 2008 |
| 23  RETENTION GROUP, INC., a Vermont corporation, and DOES 1-10, | Time                 2:30 p.m. Courtroom:      3 |
| 24  INCLUSIVE, | |
| 25 | |
| 26                Defendants. | Complaint Filed: October 29, 2007 |

27

28   / / /

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER
#14995

**STIPULATION OF COUNSEL**

The PARTIES to this Action, Plaintiff AIU INSURANCE COMPANY and Defendants ACCEPTANCE INSURANCE COMPANY, TIG INSURANCE COMPANY (Improperly sued as "TIG Specialty Insurance Company"), ROYAL INDEMNITY COMPANY as successor in interest to Royal Insurance Company of America (improperly sued as "Royal Insurance Company of America") and AMERICAN SAFETY RISK RETENTION GROUP, INC. submit the following stipulation to continue the Initial Case Management Conference before the Honorable Phyllis J. Hamilton from February 7, 2008 to February 21, 2008.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

The Initial Case Management Conference date of February 7, 2008 is continued to February 21, 2008, commencing at 2:30 p.m.

The parties' Joint Initial Case Management Conference Statement will be filed by February 14, 2008.

The parties will exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure, Rule 26 by February 14, 2008.

IT IS SO STIPULATED.


Dated: January 31, 2008          McCURDY & FULLER LLP

                        By:  _Christina M. Lavanier_
                             Laura J. Ruettgers
                             Christina M. Lavanier
                             Attorneys for Plaintiff AIU INSURANCE
                             COMPANY

2

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995

1  Dated:  January 31, 2008          TRESSLER, SODERSTROM, MALONEY &
2                                     PRIESS, LLP

3

4

5                    By:    _Mary E. McPherson_
                            Mary E. McPherson
6                            Angela Pak
7                            Attorneys for Defendant
                            ROYAL INDEMNITY COMPANY as successor
8                            in interest to Royal Insurance Company of
                            America (erroneously sued as "Royal Insurance
9                            Company of America")
10

11  Dated:  January 31, 2008          LAW OFFICES OF SEHMA ALWAYA
12

13

14

15                   By:    _Semha Alwaya_
                            Semha Alwaya
16                           Trelawney James-Riechert
17                           Attorneys for Defendant TIG INSURANCE
                            COMPANY erroneously sued herein as TIG
18                           SPECIALTY INSURANCE COMPANY
19

20  Dated:  January ___, 2008         MARRONE, ROBINSON, FREDERICK &
                                     FOSTER
21

22

23

24                   By:    _____
                            Thomas A. Foster
25                           Attorneys for Defendant ACCEPTANCE
                            INSURANCE COMPANY
26

27  / / /

28  / / /

---

3

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995

Dated: January ___, 2008        TRESSLER, SODERSTROM, MALONEY &
                                PRIESS, LLP




                        By:     _____
                                Mary E. McPherson
                                Angela Pak
                                Attorneys for Defendant
                                ROYAL INDEMNITY COMPANY as successor
                                in interest to Royal Insurance Company of
                                America (improperly sued as "Royal Insurance
                                Company of America")


Dated: January ___, 2008        LAW OFFICES OF SEHMA ALWAYA




                        By:     _____
                                Semha Alwaya
                                Trelawney James-Riechert
                                Attorneys for Defendant TIG INSURANCE
                                COMPANY (Improperly sued as "TIG Specialty
                                Insurance Company")


Dated: January 3̲1̲, 2008        MARRONE, ROBINSON, FREDERICK &
                                FOSTER




                        By:     _____
                                Thomas A. Foster
                                Attorneys for Defendant ACCEPTANCE
                                INSURANCE COMPANY

/ / /

/ / /

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995

1  Dated: January **31**, 2008        VOGL & MEREDITH LLP

2

3

4

5                                By: _____

6                                    David A. Firestone
                                     Attorneys for Defendant AMERICAN SAFETY
7                                    RISK RETENTION GROUP, INC.

8

9

10                              **[PROPOSED] ORDER**

11        IT IS SO ORDERED.

12

13  Dated: _____

14                                    Phyllis J. Hamilton
                                      United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995

# PROOF OF SERVICE

*AIU Insurance Company v. Acceptance Insurance Company, et al.*
<u>US District Court, Northern District of California, Case No. C 07 5491 PJH</u>

I am over the age of eighteen years and not a party to the within action.  I am employed by TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP, whose business address is 3070 Bristol Street, Suite 450, Costa Mesa, CA 92626.

On January 31, 2008, I served the within document(s) described as: **STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** on the interested parties in this action:

☐    By placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows ☐ addressed as stated on the attached mailing list:

### SEE ATTACHED SERVICE LIST

☐    **BY MAIL** (CCP § 1013) - I deposited such envelope(s) for processing in the mailroom in our offices.  I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing.  It is deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒    **BY ELECTRONIC FILING AND SERVICE VIA CM/ECF -** On **January 31, 2008**, I filed the foregoing documents, described above through the use of the United States District Court's CM/ECF electronic filing system

☐    **BY FAX** (CCP § 1013; CRC 2.306) - by transmitting said document(s) by electronic fax at approximately ___ a.m./p.m. at 3070 Bristol Street, Suite 450, Costa Mesa, California 92626 to the respective fax number(s) of the party(ies) as stated on the attached mailing list.  The fax machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 1013(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☒    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Johnetta Cald
Johnetta Caldwell

LA-#100114 (1458-442)

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

#14995

# SERVICE LIST

*AIU Insurance Company v. Acceptance Insurance Company, et al.*
<u>US District Court, Northern District of California, Case No. C 07 5491 PJH</u>

| | |
|---|---|
| Laura J. Ruettgers, Esq.<br>Christina M. Lavanier, Esq.<br>**Mccurdy & FULLER LLP**<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025<br>Telephone:  (650) 618-3500<br>Facsimile:   (650) 618-3599<br>E-Mail:<br>laura.ruettgers@mccurdylawyers.com<br><br><br>*Attorneys for Plaintiff*<br>*AIU Insurance Company* | Semha Alwaya, Esq.<br>Trelawney James-Riechert, Esq.<br>A. Mark Hom, Esq.<br>**Law Offices Of Semha Alwaya**<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br>Telephone:  (510) 595-7900<br>Facsimile:   (510) 595-9049<br>E-Mail:      salwaya@alwayalaw.com<br><br><br>*Attorneys for Defendant*<br>*TIG Insurance Company improperly*<br>*sued herein as TIG Specialty Insurance*<br>*Company* |
| Thomas A. Foster, Esq.<br>**Marrone, Robinson, Frederick**<br>**& Foster**<br>111 North First Street, Suite 300<br>Burbank, CA 91502-1851<br>Telephone:  (818) 841-1144<br>Facsimile:   (818) 841-0746<br>E-mail: tomfoster@mrfflaw.net<br><br>*Attorneys for Defendant*<br>*Acceptance Insurance Company* | David A. Firestone, Esq.<br>**Vogl & Meredith LLP**<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 398-0200<br>Facsimile:   (415) 398-2820<br>E-Mail:  dfirestone@voglmeredith.com<br><br>*Attorneys for Defendant American*<br>*Safety Risk Retention Group, Inc.* |

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995