Mary E. McPherson, Esq., SBN 177194
Angela Pak, Esq., SBN 240177
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
3070 Bristol Street, Suite 450
Costa Mesa, CA 92626
Telephone: (714) 429-2900
Facsimile:  (7140 429-2910
mmcpherson@tsmp.com
apak@tsmp.com

Attorneys for Defendant
ROYAL INDEMNITY COMPANY
as successor in interest to
Royal Insurance Company of America
(Improperly sued as "Royal Insurance Company of America")

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff <br><br> v. <br><br> ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | CASE NO.  C07 5491 PJH <br><br> **STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** <br><br> Current Date:   February 7, 2008 <br> Time:   2:30 p.m. <br> Courtroom:   3 <br><br> Proposed Date:   February 21, 2008 <br> Time   2:30 p.m. <br> Courtroom:   3 <br><br> Complaint Filed: October 29, 2007 |

/ / /

# STIPULATION OF COUNSEL

The PARTIES to this Action, Plaintiff AIU INSURANCE COMPANY and Defendants ACCEPTANCE INSURANCE COMPANY, TIG INSURANCE COMPANY (Improperly sued as "TIG Specialty Insurance Company"), ROYAL INDEMNITY COMPANY as successor in interest to Royal Insurance Company of America (improperly sued as "Royal Insurance Company of America") and AMERICAN SAFETY RISK RETENTION GROUP, INC. submit the following stipulation to continue the Initial Case Management Conference before the Honorable Phyllis J. Hamilton from February 7, 2008 to February 21, 2008.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

The Initial Case Management Conference date of February 7, 2008 is continued to February 21, 2008, commencing at 2:30 p.m.

The parties' Joint Initial Case Management Conference Statement will be filed by February 14, 2008.

The parties will exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure, Rule 26 by February 14, 2008.

IT IS SO STIPULATED.


Dated: January 31, 2008          McCURDY & FULLER LLP

                        By: *Christina M. Lavanier*

                             Laura J. Ruettgers
                             Christina M. Lavanier
                             Attorneys for Plaintiff AIU INSURANCE
                             COMPANY

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

#14995

1  Dated:  January 31, 2008        TRESSLER, SODERSTROM, MALONEY &
2                                  PRIESS, LLP

3

4
                           By:    _Mary E. McPherson_____
5                                 Mary E. McPherson
6                                 Angela Pak
7                                 Attorneys for Defendant
                                  ROYAL INDEMNITY COMPANY as successor
8                                 in interest to Royal Insurance Company of
9                                 America (erroneously sued as "Royal Insurance
                                  Company of America")
10

11 Dated:  January 31, 2008        LAW OFFICES OF SEHMA ALWAYA
12

13

14
                           By:    _Semha Alwaya_____
15                                Semha Alwaya
16                                Trelawney James-Riechert
17                                Attorneys for Defendant TIG INSURANCE
                                  COMPANY erroneously sued herein as TIG
18                                SPECIALTY INSURANCE COMPANY
19

20 Dated:  January ___, 2008       MARRONE, ROBINSON, FREDERICK &
                                  FOSTER
21

22

23

24                         By:    _____
25                                Thomas A. Foster
                                  Attorneys for Defendant ACCEPTANCE
26                                INSURANCE COMPANY

27 ///

28 ///

                                      3
#14995

1   Dated: January ___, 2008          TRESSLER, SODERSTROM, MALONEY &

2                                     PRIESS, LLP

3

4

5                    By:              _____

6                                     Mary E. McPherson

                                      Angela Pak

7                                     Attorneys for Defendant

8                                     ROYAL INDEMNITY COMPANY as successor

                                      in interest to Royal Insurance Company of

9                                     America (improperly sued as "Royal Insurance

10                                    Company of America")

11  Dated: January ___, 2008          LAW OFFICES OF SEHMA ALWAYA

12

13

14

15                   By:              _____

16                                    Semha Alwaya

                                      Trelawney James-Riechert

17                                    Attorneys for Defendant TIG INSURANCE

18                                    COMPANY (Improperly sued as "TIG Specialty

                                      Insurance Company")

19

20  Dated: January 31, 2008           MARRONE, ROBINSON, FREDERICK &

21                                    FOSTER

22

23

24                   By: _Ilana E. Johns_____ for_____

25                                    Thomas A. Foster

                                      Attorneys for Defendant ACCEPTANCE

26                                    INSURANCE COMPANY

27  / / /

28  / / /

---

                                      3

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
                          [PROPOSED] ORDER

#14995

1    Dated: January **31**, 2008          VOGL & MEREDITH LLP

2

3

4

5                                         By: _____
6                                             David A. Firestone
                                            Attorneys for Defendant AMERICAN SAFETY
7                                           RISK RETENTION GROUP, INC.

8

9

10                                        [~~PROPOSED~~] ORDER

11        IT IS SO ORDERED.

12

13   Dated: ___2/1/07_____

14                                        Phyllis J. Hamil...
                                          United S...
15

16                                        IT IS SO ORDERED

17                                        Judge Phyllis J. Hamilton

18

19

20

21

22

23

24

25

26

27

28

                                            4
STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
                          [PROPOSED] ORDER

#14995

# PROOF OF SERVICE

*AIU Insurance Company v. Acceptance Insurance Company, et al.*
US District Court, Northern District of California, Case No. C 07 5491 PJH

I am over the age of eighteen years and not a party to the within action. I am employed by TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP, whose business address is 3070 Bristol Street, Suite 450, Costa Mesa, CA 92626.

On January 31, 2008, I served the within document(s) described as: **STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** on the interested parties in this action:

☐    By placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows ☐ addressed as stated on the attached mailing list:

## SEE ATTACHED SERVICE LIST

☐    **BY MAIL** (CCP § 1013) - I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒    **BY ELECTRONIC FILING AND SERVICE VIA CM/ECF -** On **January 31, 2008**, I filed the foregoing documents, described above through the use of the United States District Court's CM/ECF electronic filing system

☐    **BY FAX** (CCP § 1013; CRC 2.306) - by transmitting said document(s) by electronic fax at approximately ___ a.m./p.m. at 3070 Bristol Street, Suite 450, Costa Mesa, California 92626 to the respective fax number(s) of the party(ies) as stated on the attached mailing list. The fax machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 1013(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☒    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Johnetta Caldwell

LA-#100114 (1458-442)

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

#14995

# SERVICE LIST

*AIU Insurance Company v. Acceptance Insurance Company, et al.*
US District Court, Northern District of California, Case No. C 07 5491 PJH

| | |
|---|---|
| Laura J. Ruettgers, Esq.<br>Christina M. Lavanier, Esq.<br>**Mccurdy & FULLER LLP**<br>4300 Bohannon Drive, Suite 240<br>Menlo Park, CA 94025<br>Telephone:  (650) 618-3500<br>Facsimile:    (650) 618-3599<br>E-Mail:<br>laura.ruettgers@mccurdylawyers.com<br><br><br>*Attorneys for Plaintiff*<br>*AIU Insurance Company* | Semha Alwaya, Esq.<br>Trelawney James-Riechert, Esq.<br>A. Mark Hom, Esq.<br>**Law Offices Of Semha Alwaya**<br>2200 Powell Street, Suite 110<br>Emeryville, CA 94608<br>Telephone:  (510) 595-7900<br>Facsimile:    (510) 595-9049<br>E-Mail:       salwaya@alwayalaw.com<br><br><br>*Attorneys for Defendant*<br>*TIG Insurance Company improperly*<br>*sued herein as TIG Specialty Insurance*<br>*Company* |
| Thomas A. Foster, Esq.<br>**Marrone, Robinson, Frederick**<br>**& Foster**<br>111 North First Street, Suite 300<br>Burbank, CA 91502-1851<br>Telephone:  (818) 841-1144<br>Facsimile:    (818) 841-0746<br>E-mail: tomfoster@mrfflaw.net<br><br>*Attorneys for Defendant*<br>*Acceptance Insurance Company* | David A. Firestone, Esq.<br>**Vogl & Meredith LLP**<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 398-0200<br>Facsimile:    (415) 398-2820<br>E-Mail:  dfirestone@voglmeredith.com<br><br>*Attorneys for Defendant American*<br>*Safety Risk Retention Group, Inc.* |

STIPULATION RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

#14995