LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
Email: laura.ruettgers@mccurdylawyers.com
Email: christina.lavanier@mccurdylawyers.com

Attorneys for Plaintiff
AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, IND., a Vermont corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-5491 PJH<br><br>**DECLARATION OF LAURA J. RUETTGERS IN REFERENCE TO JOINT CASE CONFERENCE STATEMENT**<br><br>Initial CMC:   February 7, 2008<br>Courtroom:    3, 17th Floor<br>Time:         2:30 p.m.<br>Judge:        Hon. Phyllis J. Hamilton |

I, Laura J. Ruettgers, declare:

1. I am an attorney with the law firm of McCurdy & Fuller LLP, counsel of record for AIU Insurance Company ("AIU") in this matter. I am licensed to practice before this Court and have personal knowledge of the following facts and could competently testify thereto if called upon to do so.

27094                              - 1 -

2. Based upon the February 21, 2008 case conference scheduled in this matter, I am causing to be filed today a Joint Case Conference Statement on behalf of AIU and the following parties: Acceptance Insurance Company, Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America (erroneously sued as Royal Insurance Company of America) and American Safety Risk Retention Group, Inc. ("American Safety"). I received signatures from counsel for each of said parties on the most current version of the Joint Case Conference Statement which will be filed today.

3. Despite diligent efforts, I was unable to obtain final approval for the most current Joint Conference Statement from counsel for TIG Insurance Company ("TIG"). Accordingly, while TIG is included as a signatory, the statement is not filed on behalf of TIG as I did not receive a signature from counsel for TIG prior to the filing deadline.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 14, 2008 at Menlo Park, California.

LAURA J. RUETTGERS

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27094

- 2 -

RUETTGERS' DECLARATION CONCERNING JOINT CASE CONFERENCE STATEMENT