LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
Email: laura.ruettgers@mccurdylawyers.com
Email: christina.lavanier@mccurdylawyers.com

Attorneys for Plaintiff
AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, IND., a Vermont corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 07-5491 PJH<br><br>**DECLARATION OF LAURA J. RUETTGERS IN REFERENCE TO JOINT CASE CONFERENCE STATEMENT**<br><br>Initial CMC:  February 7, 2008<br>Courtroom:    3, 17th Floor<br>Time:         2:30 p.m.<br>Judge:        Hon. Phyllis J. Hamilton |

I, Laura J. Ruettgers, declare:

1. I am an attorney with the law firm of McCurdy & Fuller LLP, counsel of record for AIU Insurance Company ("AIU") in this matter. I am licensed to practice before this Court and have personal knowledge of the following facts and could competently testify thereto if called upon to do so.

- 1 -

2. On February 14, 2008, my office caused to be timely filed a Joint Case Conference Statement. However, my office inadvertently filed an early version of the Statement which had not been agreed to by all counsel. Today, February 15, 2008, my office will be filing the Joint Case Conference Statement approved by counsel for all of the parties. We ask that the Court disregard the February 14, 2008 filing with our apologies for any inconvenience caused thereby.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 15, 2008 at Menlo Park, California.

LAURA J. RUETTGERS

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

27122

- 2 -

RUETTGERS' DECLARATION CONCERNING JOINT CASE CONFERENCE STATEMENT