UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 21, 2008                                **JUDGE:** Phyllis J. Hamilton


**Case No:** C-07-5491 PJH

**Case Name:** AIU Insurance Company v. Acceptance Insurance Company, et al.

**Attorney(s) for Plaintiff:**     Christina M. Lavanier; Laura J. Ruettgers
**Attorney(s) for Defendant:**  Thomas A. Foster; Mary E. McPherson; David A. Firestone; Semha Alwaya

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Not Reported

**PROCEEDINGS**

　　　Initial Case Management Conference-Held. The parties shall have 60 days to complete disclosures . Any amendment to the pleadings shall be completed within 5 months. The court sets a Further Case Management Conference on 8/21/08 at 2:30 p.m. The parties are handed copies of the courts pretrial instructions.


**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed within 5 months**.


**cc:** file; ADR