DAVID A. FIRESTONE, #061122
VOGL & MEREDITH LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone No: (415) 398-0200
Facsimile No:  (415) 398-2820
dfirestone@voglmeredith.com

Attorneys for Defendant
AMERICAN SAFETY RISK RETENTION GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ACCEPTANCE INSURANCE COMPANY, A Delaware corporation; TIG SPECIALTY INSURANCE COMPANY, a California corporation; ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation; AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No.  C 07 5491 PJH<br><br>STIPULATION EXTENDING TIME FOR RESPONSES AND FOR PRODUCTION OF DOCUMENTS RE PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS<br>[Rule 34(b)(2)(a), F.R.C.P. and CIVIL L.R. 6-1(a)]<br><br>Complaint Filed:       October 29, 2007 |

IT IS HEREBY STIPULATED by and between Plaintiff AIU Insurance Company and Defendant American Safety Risk Retention Group, Inc., as follows:

That the last date for service of responses and for production of documents by said Defendant to Plaintiff's First Set of Requests for Production of Documents, previously June 2, 2008, is extended to June 30, 2008 for service of responses and for production of documents.

/ / /

1

1   IT IS SO STIPULATED.

3   David A. Firestone attests that the content of this document is acceptable to all persons
4   required to sign this document.

6   Dated:  May 30, 2008                McCURDY & FULLER LLP

9   By   /s/ Laura J. Ruettgers
            LAURA J. RUETTGERS
    Attorneys for Plaintiff
10  AIU INSURANCE COMPANY

12
13  Dated:  May 30, 2008                VOGL & MEREDITH LLP

15  By   /s/ David A. Firestone
    DAVID A. FIRESTONE
    Attorneys for Defendant
16  AMERICAN SAFETY RISK RETENTION
    GROUP