UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIU INSURANCE C0MPANY,

    Plaintiff,

    v.

ACCEPTANCE INSURANCE COMPANY, et al.,

    Defendants.

_____/

No. C 07-5491 PJH

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

    Pursuant to the parties' stipulation, filed June 16, 2008, plaintiff AIU Insurance Company may file its first amended complaint, in the form attached as Exhibit A to the stipulation.

**IT IS SO ORDERED.**

Dated: June 18, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge