```
1  DAVID A. FIRESTONE, #061122
   VOGL & MEREDITH LLP
2  456 Montgomery Street, 20th Floor
   San Francisco, CA 94104
3  Telephone No: (415) 398-0200
   Facsimile No:  (415) 398-2820
4  dfirestone@voglmeredith.com

5  Attorneys for Defendant
   AMERICAN SAFETY RISK RETENTION GROUP, INC.
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation, | No. C 07 5491 PJH |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | Complaint Filed:    October 29, 2007 |
| ACCEPTANCE INSURANCE COMPANY, A Delaware corporation; TIG SPECIALTY INSURANCE COMPANY, a California corporation; ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation; AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant American Safety Risk Retention Group, Inc. in the above-entitled matter, whose previous legal representative was Vogl & Meredith LLP, by David A. Firestone, is now represented by the Law Office of David S. Blau, by David S. Blau, California State Bar No. 166825.

/ / /

---

1

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
AMERICAN SAFETY RISK RETENTION GROUP, INC.                                                No. C 07 5491 PJH

The following is the contact information for said defendant's new legal representative:

David S. Blau
Law Office of David S. Blau
6080 Center Drive, Suite 210
Los Angeles, CA 90045
Telephone: (310) 410-1900
Facsimile: (310) 410-1901
david@blaulaw.net

I consent to this substitution.

Dated: June 9, 2008

JEAN FISHER of ACRG
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY)

I consent to this substitution.

Dated: June 2, 2008

DAVID A. FIRESTONE
(TYPE OR PRINT NAME)        (SIGNATURE OF FORMER ATTORNEY)

I consent to this substitution.

Dated: June 10, 2008

DAVID S. BLAU
(TYPE OR PRINT NAME)        (SIGNATURE OF NEW ATTORNEY)

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
AMERICAN SAFETY RISK RETENTION GROUP, INC.

No. C 07 5491 PJH