1   DAVID A. FIRESTONE, #061122
    VOGL & MEREDITH LLP
2   456 Montgomery Street, 20th Floor
    San Francisco, CA 94104
3   Telephone No: (415) 398-0200
    Facsimile No: (415) 398-2820
4   dfirestone@voglmeredith.com

5   Attorneys for Defendant
    AMERICAN SAFETY RISK RETENTION GROUP, INC.

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  AIU INSURANCE COMPANY, a New        )   No.  C 07 5491 PJH
    York corporation,                   )
13                                       )   SUBSTITUTION OF ATTORNEYS
                 Plaintiff,              )
14                                       )
         vs.                             )
15                                       )   Complaint Filed:    October 29, 2007
    ACCEPTANCE INSURANCE COMPANY,        )
16  A Delaware corporation; TIG SPECIALTY)
    INSURANCE COMPANY, a California      )
17  corporation; ROYAL INSURANCE        )
    COMPANY OF AMERICA, a Delaware       )
18  corporation; AMERICAN SAFETY RISK    )
    RETENTION GROUP, INC., a Vermont     )
19  corporation; and DOES 1 through 10,  )
    inclusive,                           )
20                                       )
                 Defendants.             )
21                                       )

22

23          TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

24          PLEASE TAKE NOTICE that Defendant American Safety Risk Retention Group, Inc. in

25  the above-entitled matter, whose previous legal representative was Vogl & Meredith LLP, by

26  David A. Firestone, is now represented by the Law Office of David S. Blau, by David S. Blau,

27  California State Bar No. 166825.

28  ///

                                         1

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT                    No. C 07 5491 PJH
AMERICAN SAFETY RISK RETENTION GROUP, INC.

The following is the contact information for said defendant's new legal representative:

> David S. Blau
> Law Office of David S. Blau
> 6080 Center Drive, Suite 210
> Los Angeles, CA 90045
> Telephone: (310) 410-1900
> Facsimile:  (310) 410-1901
> david@blaulaw.net

I consent to this substitution.

Dated: June 9, 2008

_JEAN FISHER of ASRRG_
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY)

I consent to this substitution.

Dated: June 2, 2008

DAVID A. FIRESTONE
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF FORMER ATTORNEY)

I consent to this substitution.

Dated: June 10, 2008

DAVID S. BLAU
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF NEW ATTORNEY)

6/24/08

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

2