LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCurdy & Fuller LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Plaintiff
AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-05491 PJH<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

By and through counsel of record, plaintiff AIU Insurance Company (herein, "AIU") and defendants American Safety Risk Retention Group, Inc. (herein, "ASRRG") and American Safety Indemnity Company (herein, "ASIC") hereby stipulate as follows:

- 1 -

1.   On Friday, June 20, 2008, AIU caused to be filed its First Amended Complaint in this action (herein, "FAC"), naming ASIC as a defendant for the first time. ASIC has authorized its counsel of record in this action to accept service of the FAC on ASIC's behalf. AIU agrees to provide ASIC's counsel with a copy of the FAC together with the following forms: (1) Notice of Lawsuit and Request for Waiver of Service of Summons; and (2) Waiver of Service of Summons. To the extent ASIC's counsel receives the FAC and said forms on or before July 21, 2008, ASIC agrees to answer, plead or otherwise respond to the FAC on or before July 21, 2008.

2.   In consideration of the agreements herein by ASIC and ASRRG, AIU agrees that the deadline for ASRRG to answer, plead or otherwise respond to the FAC is extended to July 21, 2008.

3.   ASIC and ASRRG agree not to raise the July 21, 2008 FAC response date as a basis to object to participation in the upcoming mediation in this matter, which must be completed on or before July 21, 2008 by order of the Court.

IT IS SO STIPULATED.

DATED: June 20, 2008

MCCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
CHRISTINA M. LAVANIER
Attorneys for Plaintiff
AIU INSURANCE COMPANY

DATED: June 30, 2008

LAW OFFICES OF DAVID S. BLAU

By: _____
DAVID S. BLAU
DAVID M. MORROW
Attorneys for Defendants
AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY

- 2 -

Stipulation Extending Time to Respond to First Amended Complaint