LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCurdy & Fuller LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Plaintiff
AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-05491 PJH<br><br>**STIPULATION EXTENDING TIME FOR RESPONSES AND FOR PRODUCTION OF DOCUMENTS RE PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |

IT IS HEREBY STIPULATED by and between Plaintiff AIU Insurance Company (herein "Plaintiff") and Defendant American Safety Risk Retention Group, Inc. (herein, "Defendant") as follows:

- 1 -

29132

**Stipulation Extending Time for Responses to Requests for Production of Documents**

That the last date for service of responses and for production of documents by said Defendant to Plaintiff's First Set of Requests for Production of Documents, originally June 2, 2008 and extended by agreement to June 30, 2008, is extended to July 30, 2008 for service of responses and for production of documents. While, to the extent that it complies with its agreement herein, Defendant does not waive any objections to Plaintiff's First Set of Requests for Production of Documents, Defendant agrees that it will not serve objections solely, but will serve both written responses and all non-privileged responsive documents on July 30, 2008.

IT IS SO STIPULATED.

DATED: June 30, 2008

MCCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
CHRISTINA M. LAVANIER
Attorneys for Plaintiff
AIU INSURANCE COMPANY

DATED: June 30, 2008

LAW OFFICES OF DAVID S. BLAU

By: _____
DAVID S. BLAU
DAVID M. MORROW
Attorneys for Defendants
AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

29132

**Stipulation Extending Time for Responses to Requests for Production of Documents**