David S. Blau (Bar No. 166825)
David M. Morrow (Bar No. 175776)
Law Offices of David S. Blau, P.C.
6080 Center Drive, Suite 210
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net

Attorneys for Defendants
American Safety Risk Retention Group, Inc.,
and American Safety Indemnity Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-CV-05491 PJH<br><br>**AMERICAN SAFETY RISK RETENTION GROUP, INC.'S NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT and TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant AMERICAN SAFETY RISK RETENTION GROUP, INC., certifies that the

1

following listed parties may have a direct pecuniary interest in the outcome of this case:

1. Defendant American Safety Risk Retention Group, Inc.;

2. Defendant American Safety Indemnity Company;

3. American Safety Insurance Holdings, Ltd.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

                                        Respectfully submitted,

DATED: July 21, 2008          Law Offices of David S. Blau

By: *[signature]*

David S. Blau
David M. Morrow
Attorney for Defendants
American Safety Risk Retention Group, Inc.
and American Safety Indemnity Company

2

**AMERICAN SAFETY RISK RETENTION GROUP, INC.'S NOTICE OF INTERESTED PARTIES**