1  LAURA J. RUETTGERS (SBN 206636)
2  CHRISTINA M. LAVANIER (SBN 233335)
   McCURDY & FULLER LLP
3  4300 Bohannon Drive, Suite 240
   Menlo Park, CA 94025
4  Telephone:  (650) 618-3500
   Facsimile:   (650) 618-3599
5  Email: laura.ruettgers@mccurdylawyers.com
   Email: christina.lavanier@mccurdylawyers.com

6  Attorneys for Plaintiff
7  AIU INSURANCE COMPANY

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 AIU INSURANCE COMPANY, a New          CASE NO. C 07-5491 PJH
   York corporation,
14                                        **JOINT SUPPLEMENTAL CASE**
                                          **MANAGEMENT STATEMENT**
15              Plaintiff,

16       vs.                              CMC:         August 21, 2008
                                          Courtroom:   3, 17th Floor
17 ACCEPTANCE INSURANCE COMPANY,          Time:        2:30 p.m.
   a Delaware corporation, TIG SPECIALTY  Judge:       Hon. Phyllis J. Hamilton
18 INSURANCE COMPANY, a California
   corporation, ARROWOOD INDEMNITY
19 COMPANY, FORMERLY KNOWN AS
   ROYAL INDEMNITY COMPANY,
20 SUCCESSOR-IN-INTEREST TO ROYAL
   INSURANCE COMPANY OF AMERICA,
21 a Delaware corporation, AMERICAN
   SAFETY RISK RETENTION GROUP,
22 INC., a Vermont corporation, AMERICAN
   SAFETY INDEMNITY COMPANY, a
23 Oklahoma corporation, and DOES 1 through
   10, inclusive,
24              Defendants.

25

26        JOINT SUPPLEMENTAL CASE CONFERENCE STATEMENT

27      The parties to the above entitled action, plaintiff and counter-claim defendant AIU

28 Insurance Company ("AIU" or "plaintiff"), defendant and cross/counter-claimant Arrowood

*(left margin vertical text)* McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

29686                        - 1 -

1  Indemnity Company, formerly known as Royal Indemnity Company, successor in interest to Royal

2  Insurance Company of America ("Arrowood"), and defendants and cross-defendants Acceptance

3  Insurance Company ("Acceptance"), TIG Insurance Company ("TIG"), American Safety Risk

4  Retention Group, Inc. ("ASRRG"), and American Safety Indemnity Company ("ASIC")

5  (collectively "defendants") jointly submit this Supplemental Case Management Statement.

6       (1)    Summary of Facts

7       This action presents issues regarding allocation and priority as between primary and excess

8  general liability insurance policies issued to Rylock Company, Ltd. ("Rylock"), a window

9  manufacturer, as respects past and currently ongoing construction defect actions.

10      Rylock's insurance coverage is fully described in pleadings and papers on file with the

11  Court in this matter.  For the Court's ease of reference, Rylock's pertinent insurance coverage is

12  summarized as follows:

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

| Policy Period | Primary Coverage | Excess Coverage |
|---|---|---|
| 3/1/92-3/1/93 | Acceptance Policy No. C92CG0053 | Westchester (To be confirmed) |
| 3/1/93-3/1/94 | Acceptance Policy No. C93G0194 | Westchester (To be confirmed) |
| 3/1/94-3/1/95 | Acceptance Policy No. C94G0370 | Westchester (To be confirmed) |
| 3/1/95-3/1/96 | TIG Policy No. 3135280 | TIG XLB 926 17 29 |
| 3/1/96-3/1/97 | Arrowood (formerly Royal) Policy No. PTY441053 | AIU Insurance Company Policy No. 309-29-74 |
| 3/1/97-3/1/98 | Arrowood (formerly Royal) Policy No. PTS443208 | |
| 3/1/98-3/1/99 | Arrowood (formerly Royal) Policy No. PTR457882 | AIU Insurance Company Policy No. 357-20-18 |
| 3/1/99-3/1/00 | Arrowood (formerly Royal) Policy No. PTR457882 | |
| 3/1/00-3/1/01 | ASRRG Policy No. XGI 00-1462-001 | |
| 3/1/01-3/1/02 | ASIC Policy No. XGI 00-1462-002 | |

27      Arrowood contends that all of its primary policies, denoted by the shaded areas in the table

28  above, are exhausted.  Such alleged exhaustion raises the issues to be addressed by this action.

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

1    (2)    Status Following Prior Case Management Conference

2        (a)    Subsequent Pleadings

3    On June 20, 2008, AIU filed an Amended Complaint.

4    On July 11, 2008, Arrowood filed a Counterclaim/Cross-Complaint in conjunction with its

5 Answer and Affirmative Defenses to the First Amended Complaint.  In its Counterclaim/Cross-

6 Complaint, Arrowood seeks a declaration that its policies are exhausted and reimbursement of

7 amounts paid in defense fees and costs incurred post-exhaustion.

8        (b)    Status of Document Exchange

9    As detailed in the initial case management conference statement and discussed at length at

10 the prior case management conference, the present claim presents complications pertaining to

11 document production.  Particularly, there are hundreds of underlying claims.  While certain issues

12 are amenable to resolution by motion based strictly upon policy language, other issues raised by

13 this matter mandate review of voluminous claim file documentation.

14    To date, the parties have not completed the production and review of such voluminous

15 claim file documentation.[1]  ASRRG and ASIC produced copies of all claim file documents on

16 August 6, 2008.  Arrowood has produced seven boxes of Rylock claim file documents, a portion of

17 Arrowood's claim materials, for review by all the parties in Los Angeles.  TIG and Acceptance

18 reviewed the documents, AIU obtained a complete copy of the records.  ASSRG and ASIC advised

19 counsel for Arrowood that it had decided not to attend Arrowood's production of these documents

20 and did not do so. Arrowood continues to make its best efforts to produce Rylock claim file

21 documents located in North Carolina.  TIG has informed everyone that the approximately 20 boxes

22 of documents are ready for review in New Hampshire.  Aside from AIU, no party has shown any

23 interest in reviewing TIG's documents.  AIU maintains that the documents should have been

24 produced in conjunction with the parties' initial disclosures and/or that all documents must be

25 produced in Northern California as per AIU's document demand.

26

[1] AIU contends that the parties' failure to produce all claim file documentation together with the initial disclosures
27 violates the Federal Rules of Civil Procedure as well as the spirit of this Court's prior case management order which
granted the parties additional time in which to complete a meaningful initial disclosure period.  The defendant carriers
28 dispute this contention and contend that they properly completed the initial disclosures.  AIU preserved all of its
objections with respect to same.

29686                                          - 3 -

1    Plaintiff contends that until such document review is completed, the parties are unable to

2    obtain complete resolution of all of the issues raised by this matter by either informal resolution or

3    motion practice.  The parties are presently meeting and conferring in order to attempt to resolve

4    issues raised by the document production informally.  To the extent that the parties are unable to

5    reach informal resolution of the issues, formal motion practice may be required.

6           (c)    <u>ADR Efforts</u>

7    In compliance with the Court's order, the parties to this matter submitted to a private

8    mediation session on July 11, 2008.  The parties reconvened for further mediation on August 6,

9    2008.  The parties used the opportunity to discuss methods of resolving some or all of the present

10    action in order to streamline further litigation.

11    Further settlement discussions will be held through the end of August.  To the extent the

12    further discussions are unsuccessful, the parties believe that this matter would be benefited by

13    further private mediation session, once the document exchange and motion practice is completed.

14           (3)    <u>Proposals for Continued Action</u>

15    The parties request that the Court schedule a further subsequent case management

16    conference in six months so as to permit the parties to complete the document exchange and

17    review as well as any motion practice necessary to facilitate same.  Following the document

18    exchange, the parties anticipate that they will be ready to discuss further case scheduling including

19    motions/cross-motions for summary judgment as well as trial.

20           (4)    <u>Potential Motions</u>

21    On July 22, 2008, Arrowood circulated a proposed Stipulation Re: Exhaustion of

22    Arrowood Indemnity Company Policies [Proposed] Order to all parties.  If the parties do not

23    stipulate to the exhaustion of Arrowood's policies, then Arrowood likely will file a motion for

24    summary judgment on that and other issues.

25    Once all responses to the pleadings are filed, TIG will file a motion for judgment on the

26    pleadings.

27    AIU, Acceptance, ASRRG, and ASIC anticipate filing a motion or motions, to the extent

28    leave is granted, seeking summary judgment.

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

29686

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT

1   DATED:  August 7, 2008                    MCCURDY & FULLER LLP

2

3                                        By:  /s/ Laura J. Ruettgers
                                              LAURA J. RUETTGERS
4                                             Attorneys for Plaintiff
                                              AIU INSURANCE COMPANY
5

6   DATED:  August 7, 2008                    LAW OFFICES OF SEMHA ALWAYA

7

8                                        By:  /s/ Semha Alwaya
                                              SEMHA ALWAYA
9                                             Attorneys for Defendant
                                              TIG SPECIALTY INSURANCE COMPANY

10  DATED:  August 7, 2008                    TRESSLER, SODERSTROM, MALONEY &
                                              PRIESS, LLP
11

12

13                                       By:  /s/ Mary E. McPherson
                                              MARY E. McPHERSON
14                                            LINDA M. CORRIE
                                              Attorneys for Defendant
15                                            ARROWOOD INDEMNITY COMPANY,
                                              F/K/A ROYAL INDEMNITY COMPANY,
16                                            SUCCESSOR-IN-INTEREST TO ROYAL
                                              INSURANCE COMPANY OF AMERICA

17  DATED:  August 7, 2008                    MARRONE, ROBINSON, FREDERICK &
                                              FOSTER
18

19

20                                       By:  /s/ Thomas Foster
                                              THOMAS FOSTER
21                                            Attorneys for Defendant
                                              ACCEPTANCE INSURANCE COMPANY

22  DATED:  August 7, 2008                    LAW OFFICES OF DAVID S. BLAU

23

24

25                                       By:  /s/ David S. Blau
                                              DAVID S. BLAU
26                                            Attorneys for Defendant
                                              AMERICAN SAFETY RISK RETENTION
27                                            GROUP, INC., AMERICAN SAFETY
                                              INDEMNITY COMPANY

28

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

29686                          - 5 -