David S. Blau (State Bar No.166825)
David M. Morrow (State Bar No.175776)
LAW OFFICES OF DAVID S. BLAU
6080 Center Drive, Suite 210
Los Angeles, California 90045
Telephone: 310/410-1900
Facsimile: 310/410-1901
david@blaulaw.net

Attorneys for Defendants
AMERICAN SAFETY RISK RETENTION GROUP INC. and
AMERICAN SAFETY INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY fka ROYAL INDEMNITY COMPANY, successor in interest to ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation, and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-5491 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Next CMC: August 21, 2008<br>Courtroom: 3, 17th Floor<br>Time: 2:30 P.M.<br>Judge: Hon. Phyllis J. Hamilton |

The parties hereto, Plaintiffs AIU INSURANCE COMPANY and all named Defendants (ACCEPTANCE INSURANCE COMPANY, TIG INSURANCE

1

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC**

COMPANY, ARROWOOD INDEMNITY COMPANY fka ROYAL INDEMNITY COMPANY, successor in interest to ROYAL INSURANCE COMPANY OF AMERICA, AMERICAN SAFETY RISK RETENTION GROUP and AMERICAN SAFETY INDEMNITY COMPANY by and through their respective counsel of record, hereby stipulate and respectfully request that this Court continue the Case Management Conference currently set for August 21, 2008, at 2:30 P.M. to **September 11, 2008, at 2:30 P.M.**:

GOOD CAUSE exists for the continuance of the Case Management Conference because:

1. Lead counsel for AMERICAN SAFETY RISK RETENTION GROUP, INC. and AMERICAN SAFETY INDEMNITY COMPANY will be unavailable based on scheduling commitments made well prior to the initial scheduling of the conference;

2. Preparation for and Attendance at a conference on August 21, 2007, for counsel for ACCEPTANCE INSURANCE COMPANY will be extremely difficult due to scheduling commitments made well prior to the initial scheduling of the conference; and

3. Out of respect for this Court and co-counsel, and so that the Case Management Conference can be as productive as possible, all counsel agree that it is in all parties' best interest to reschedule the Case Management Conference for a day where, as appropriate, all lead counsel for all parties can personally appear before this Court.

The parties stipulate and request that Court enter the following Order:

1. That the Case Management Conference currently set to take place on August 21, 2008, at 2:30 P.M. is off calendar;

2. A Case Management Conference shall take place on September 11, 2008, at 2:30 P.M. and

2

3. Copies of the signatures to this Stipulation and related Order shall have the same effect and legal validity as the originals.

IT IS SO STIPULATED:

DATED: August 11, 2008            MCCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
Attorneys for Plaintiff
AIU INSURANCE COMPANY

DATED: August ___, 2008            LAW OFFICES OF SEMHA ALWAYA

By: _____
SEMHA ALWAYA
Attorneys for Defendant
TIG INSURANCE COMPANY

DATED: August 9, 2008    TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: _____
MARY E. McPHERSON
LINDA M. CORRIE
Attorneys for Defendant
ARROWOOD INDEMNITY COMPANY, F/K/A ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA

DATED: August ___, 2008    MARRONE, ROBINSON, FREDERICK & FOSTER

By: _____
THOMAS FOSTER
Attorneys for Defendant
ACCEPTANCE INSURANCE COMPANY

///

3

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC

3. Copies of the signatures to this Stipulation and related Order shall have the same effect and legal validity as the originals.

IT IS SO STIPULATED:

DATED: August ___, 2008                                       MCCURDY & FULLER LLP

                                                  By: _____
                                                      LAURA J. RUETTGERS
                                                      Attorneys for Plaintiff
                                                      AIU INSURANCE COMPANY

DATED: August _11_, 2008                          LAW OFFICES OF SEMHA ALWAYA

                                                  By: _/s/ Semha Alwaya_____
                                                      SEMHA ALWAYA
                                                      Attorneys for Defendant
                                                      TIG INSURANCE COMPANY

DATED: August ___, 2008   TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

                                                  By: _____
                                                      MARY E. McPHERSON
                                                      LINDA M. CORRIE
                                                      Attorneys for Defendant
                                                      ARROWOOD INDEMNITY COMPANY, F/K/A
                                                      ROYAL INDEMNITY COMPANY, SUCCESSOR-
                                                      IN-INTEREST TO ROYAL INSURANCE
                                                      COMPANY OF AMERICA

DATED: August ___, 2008   MARRONE, ROBINSON, FREDERICK & FOSTER

                                                  By: _____
                                                      THOMAS FOSTER
                                                      Attorneys for Defendant
                                                      ACCEPTANCE INSURANCE COMPANY

///

3

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC

3. Copies of the signatures to this Stipulation and related Order shall have the same effect and legal validity as the originals.

IT IS SO STIPULATED:

DATED: August ___, 2008            MCCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
Attorneys for Plaintiff
AIU INSURANCE COMPANY

DATED: August ___, 2008            LAW OFFICES OF SEMHA ALWAYA

By: _____
SEMHA ALWAYA
Attorneys for Defendant
TIG INSURANCE COMPANY

DATED: August ___, 2008    TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: _____
MARY E. McPHERSON
LINDA M. CORRIE
Attorneys for Defendant
ARROWOOD INDEMNITY COMPANY, F/K/A ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA

DATED: August 11, 2008    MARRONE, ROBINSON, FREDERICK & FOSTER

By: _/s/ Thomas Foster_____
THOMAS FOSTER
Attorneys for Defendant
ACCEPTANCE INSURANCE COMPANY

///

3

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC**


```
 1  DATED: August 8, 2008              LAW OFFICES OF DAVID S. BLAU
 2
 3
                                       By: /s/ David S. Blau
 4                                         DAVID S. BLAU
                                           Attorneys for Defendant
 5                                         AMERICAN SAFETY RISK RETENTION
                                           GROUP, INC., AMERICAN SAFETY
 6                                         INDEMNITY COMPANY
 7
```

## [PROPOSED] ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing for the same,

IT IS SO ORDERED:

1. That the Case Management Conference currently set to take place on August 21, 2008, at 2:30 P.M. is off calendar;
2. A Case Management Conference shall take place on September 11, 2008, at 2:30 P.M., in Courtroom 3, 17th Floor, of this court; and
3. Copies of the signatures to this Stipulation and related Order shall have the same effect and legal validity as the originals.

Dated: _____            _____
                                  JUDGE OF THE DISTRICT COURT