1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY fka ROYAL INDEMNITY COMPANY, successor in interest to ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation, and, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07-5491 PJH<br><br>**[~~PROPOSED~~] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Next CMC: August 21, 2008<br>Courtroom: 3, 17th Floor<br>Time: 2:30 P.M.<br>Judge: Hon. Phyllis J. Hamilton |

1

**[PROPOSED] ORDER RE CONTINUANCE OF CMC**

# [~~PROPOSED~~] ORDER

Having reviewed and considered the Stipulation of the parties, and good cause appearing for the same,

IT IS SO ORDERED:

1. That the Case Management Conference currently set to take place on August 21, 2008, at 2:30 P.M. is off calendar;
2. A Case Management Conference shall take place on September 11, 2008, at 2:30 P.M., in Courtroom 3, 17th Floor, of this court; and
3. Copies of the signatures to this Stipulation and related Order shall have the same effect and legal validity as the originals.

Dated: 8/13/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

[PROPOSED] ORDER RE CONTINUANCE OF CMC