UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** PHYLLIS J. HAMILTON

**Date**: September 11, 2008

**Case No:** C 07-05491 PJH

**Case Title**: AIU INSURANCE COMPANY.  v.  ACCEPTANCE INSURANCE CO., et al.

**Appearances:**

>   For Plaintiff(s): Laura Ruettgers

>   For Defendant(s): Thomas Foster, Mary McPherson, David Blau, T.J. Riechert

**Deputy Clerk**: Rowena B. Espinosa            **Court Reporter**: not reported

## PROCEEDINGS

1.  Further Case Management Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Thursday, 03/19/09 at 2:30 PM for Further CMC**

## SUMMARY

- Parties are engaged in mediation.
- Parties shall file a joint CMC statement one week prior to the next CMC.
- The pending motion for judgment on the pleadings shall remain on calendar.