LAURA J. RUETTGERS (SBN 206636)
CHRISTINA M. LAVANIER (SBN 233335)
McCurdy & Fuller LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599

Attorneys for Plaintiff
AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-05491 PJH<br><br>**REQUEST FOR DISMISSAL AS TO DEFENDANT ACCEPTANCE INSURANCE COMPANY WITHOUT PREJUDICE/[~~PROPOSED~~] ORDER THEREON** |

Plaintiff AIU Insurance Company ("AIU") and Defendant Acceptance Insurance Company ("Acceptance"), through counsel of record, have reached an agreement as pertains to the present matter under which both parties agree to the dismissal of Acceptance from this matter as a direct

- 1 -

32799

**Stipulation and Request for Dismissal Without Prejudice/[Proposed] Order Thereon**

defendant <u>without prejudice</u>, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

DATED: April 10, 2009

MARRONE, ROBINSON, FREDERICK & FOSTER

By: _____
THOMAS FOSTER
Attorneys for Defendant
ACCEPTANCE INSURANCE COMPANY

DATED: April 10, 2009

McCURDY & FULLER LLP

By: _____
LAURA J. RUETTGERS
CHRISTINA M. LAVANIER
Attorneys for Plaintiff
AIU INSURANCE COMPANY

Pursuant to the stipulation of the parties, Acceptance Insurance Company is hereby dismissed from the present action without prejudice with each party to bear its own costs and fees.

**IT IS SO ORDERED**

Dated: April 16, 2009

Hon. Judge Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

- 2 -

Stipulation and Request for Dismissal Without Prejudice/[Proposed] Order Thereon