1  LAURA J. RUETTGERS (SBN 206636)
   DAVID C. HUNGERFORD (SBN 209609)
2  McCURDY & FULLER LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, CA 94025
   Telephone: (650) 618-3500
4  Facsimile: (650) 618-3599
   Email: laura.ruettgers@mccurdylawyers.com
5         david.hungerford@mccurdylawyers.com

6  Attorneys for Plaintiff
   AIU INSURANCE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | AIU INSURANCE COMPANY, a New York     | CASE NO.: 07-CV-05491 PJH
   | corporation,                          |
12 |                                       | [PROPOSED] ORDER REGARDING
   |                                       | HEARING DATE FOR AIU
13 |              Plaintiff,               | INSURANCE COMPANY'S MOTION
   |                                       | FOR SUMMARY JUDGMENT
14 |       vs.                             |
   |                                       |
15 | ACCEPTANCE INSURANCE COMPANY, a       |
   | Delaware corporation, TIG SPECIALTY   |
16 | INSURANCE COMPANY, a California       |
   | corporation, ARROWOOD INDEMNITY       |
17 | COMPANY, FORMERLY KNOWN AS            |
   | ROYAL INDEMNITY COMPANY,              |
18 | SUCCESSOR-IN-INTEREST TO ROYAL        |
   | INSURANCE COMPANY OF AMERICA, a       |
19 | Delaware corporation, AMERICAN SAFETY |
   | RISK RETENTION GROUP, INC., a Vermont |
20 | corporation, AMERICAN SAFETY RISK     |
   | RETENTION GROUP, INC., a Oklahoma     |
21 | corporation, and DOES 1 through 10, inclusive, |
   |              Defendants.              |
22

23        Pursuant to the stipulation of the parties, the hearing date for AIU's motion for summary

24 judgment, currently set for June 30, 2010 at 9:00 a.m., is re-calendared for hearing on July 28,

25 2010 at 9:00 a.m. Opposition and Reply Briefing deadlines shall conform with the new hearing

26 ///

27 ///

28 ///

38473                                - 1 -

- 2 -

1 date.  AIU shall serve an amended notice of motion and motion no less than 35 days before the
2 July 28, 2010 hearing date.
3   **IT IS SO ORDERED**
4
5 Dated: June 7, 2010



_____
HON. PHYLLIS J. HAMILTON,
UNITED STATES DISTRICT JUDGE

McCURDY & FULLER LLP
4300 Bohannon Dr., Suite 240
Menlo Park, CA 94025
(650) 618-3500

38473

[Proposed] Order Re-calendaring Hearing Date for AIU's Motion for Summary Judgment