1

DAVID S. BLAU (166825)
BLAU & ASSOCIATES, P.C.

2

6080 Center Drive, Suite 550
Los Angeles, California  90045

3

Telephone:  (310) 410-1900
Facsimile:   (310) 410-1901

4

Email: david@blaulaw.net

5

Attorneys for Defendants
AMERICAN SAFETY RISK RETENTION GROUP, INC. and

6

AMERICAN SAFETY INDEMNITY COMPANY

7

8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation, | CASE NO.:  07-CV-05491 PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE FOR AMERICAN SAFETY INDEMNITY COMPANY AND AMERICAN SAFETY RISK RETENTION GROUP, INC.  TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Oklahoma corporation, and DOES 1 through 10, inclusive, | Judge:        Hon. Phyllis J. Hamilton<br>Courtroom:  3, 17th Floor |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

On November 19, 2009, this Court issued an Order respecting the management of this

24

action that provided that Plaintiff AIU Insurance Company ("AIU") would file its Motion for

25

Summary Judgment on or before May 19, 2010, and that Defendants American Safety Risk

26

Retention Group, Inc. and American Safety Indemnity Company ("ASRRG" and "ASIC,"

27

respectively) would file their Motions for Summary Judgment on or before September 22, 2010.

28

- 1 -

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR ASIC AND ASRRG TO FILE MOTIONS FOR SUMMARY JUDGMENT**

1    As this Court may also recall, the hearing date for AIU's Motion for Summary Judgment,

2    initially set for June 30, 2010, was ultimately continued to July 28, 2010.  The hearing took place

3    on July 28, and at that time the Court took AIU's motion under submission.

4    As of the writing of this Stipulation and Proposed Order, the Court has not yet issued its

5    ruling respecting AIU's Motion.

6    In consideration of the fact that the intent and purpose of this Court's November 19, 2009,

7    Order in staggering the parties' summary judgment motions was to avoid duplicative motions and

8    needless motions, in light of the fact that this Court's ruling on AIU's pending motion may impact

9    the scope and necessity of ASRRG and ASIC's Motions for summary judgment, and in the interest

10   of economy for the Court, the parties through counsel of record, hereby agree and stipulate that the

11   deadline for ASRRG and ASIC to file their Motions for Summary Judgment is hereby continued

12   until a date that is forty-five (45) calendar days following this Court's issuance of a ruling on

13   AIU's pending Motion for Summary Judgment.

14   IT IS SO STIPULATED.

15   DATED:  September 10, 2010                    BLAU & ASSOCIATES, P.C.

16

17                                                       By:     */s/ David S. Blau*_____
                                                                DAVID S. BLAU
18                                                              Attorneys for Defendants
                                                                AMERICAN SAFETY RISK
19                                                              RETENTION GROUP, INC. and
                                                                AMERICAN SAFETY INDEMNITY
20                                                              COMPANY

21

22
     DATED:  September 10, 2010                    McCURDY & FULLER LLP
23

24
                                                         By:     */s/ Laura J. Ruettgers*_____
25                                                              LAURA J. RUETTGERS
                                                                DAVID C. HUNGERFORD
26                                                              Attorneys for Plaintiff
                                                                AIU INSURANCE COMPANY
27

28
                                            - 2 -
     **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR ASIC AND ASRRG TO
                      FILE MOTIONS FOR SUMMARY JUDGMENT**

1

2

## <u>ORDER</u>

Pursuant to the stipulation of the parties, the last day for Defendants American Safety Risk Retention Group, Inc. and American Safety Indemnity Company to file Motions for Summary Judgment shall be forty-five (45) days following this Court's issuance of an Order respecting Plaintiff  AIU's Motion for Summary Judgment, currently pending and under submission.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  ___9/13/10_____

_____
Hon. Judge Phyllis J. Hamilton,
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR ASIC AND ASRRG TO
FILE MOTIONS FOR SUMMARY JUDGMENT**