UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIU INSURANCE C0MPANY,

        Plaintiff,

        v.

ACCEPTANCE INSURANCE COMPANY, et al.,

        Defendants.

No. C 07-5491 PJH

**ORDER**

The court is in receipt of a request by defendant TIG Insurance Company that the court schedule a case management conference in the above-entitled action on December 22, 2010, immediately following the hearing on the motion for summary judgment brought by defendants American Safety Indemnity Company and American Safety Risk Retention Group, Inc.

No later than Friday, December 17, 2010, all parties shall file a joint status statement, explaining the current status of the case and that of each party.  After the court has reviewed the status statement, it will make a determination regarding TIG Insurance Company's request.

**IT IS SO ORDERED.**

Dated: December 14, 2010

                                                                     PHYLLIS J. HAMILTON
United States District Judge