UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIU INSURANCE C0MPANY,

    Plaintiff,

    v.

ACCEPTANCE INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 07-5491 PJH

**ORDER**

    Having reviewed the parties' joint status statement, the court hereby advises the parties that it will schedule a case management conference after ruling on the pending motion for summary judgment.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge