Mary E. McPherson, Esq., SBN 177194
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:    (949) 336-1200
Facsimile:    (949) 752-0245
E-mail:       mmcpherson@tresslerllp.com

Attorneys for Defendant/Counterclaimant/Cross-Complainant,
Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
as successor-in-interest to Royal Insurance Company of America)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>                    Plaintiff<br><br>         v.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:  C 07 5491 PJH<br><br>Assigned for All Purposes to:<br>Judge Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ACCEPTANCE INSURANCE COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS<br><br>[F.R.C.P. Rule 41(a)]<br><br>[Filed concurrently with Stipulation to Dismiss]<br><br>Complaint Filed:   October 29, 2007<br>Trial Date:        None Set |

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ACCEPTANCE INSURANCE COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS

**[PROPOSED] ORDER**

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of Acceptance Insurance Company ("Acceptance"), and pursuant to Rule 41(a) of the Federal rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The cross-claims of Defendant/Counterclaimant/Cross-Complainant, Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood") in the above-captioned matter against Acceptance are dismissed, with prejudice.

2. Arrowood and Acceptance are to bear their own attorneys fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __Janaury 11__, 2011



Honorable Phyllis J. Hamilton
United States District Court, Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

OC#31103

---

2

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ACCEPTANCE INSURANCE COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS