1  Mary E. McPherson, Esq., SBN 177194
2  TRESSLER LLP
3  18100 Von Karman Avenue, Suite 800
   Irvine, CA 92612
4  Telephone:    (949) 336-1200
   Facsimile:    (949) 752-0245
5  E-mail:       mmcpherson@tresslerllp.com

6  Attorneys for Defendant/Counterclaimant/Cross-Complainant,
7  Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
   as successor-in-interest to Royal Insurance Company of America)

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>         Plaintiff<br><br>    v.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.:  C 07 5491 PJH<br><br>Assigned for All Purposes to:<br>Judge Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AMERICAN SAFETY RISK RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS<br><br>[F.R.C.P. Rule 41(a)]<br><br>[Filed concurrently with Stipulation to Dismiss]<br><br>Complaint Filed:  October 29, 2007<br>Trial Date:       None Set |

# [PROPOSED] ORDER

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of American Safety Risk Retention Group, Inc. and American Safety Indemnity Company ("American Safety"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The cross-claims of Defendant/Counterclaimant/Cross-Complainant, Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood") in the above-captioned matter against American Safety are dismissed, with prejudice.

2. Arrowood and American Safety are to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __January 18__, 2011



_____
Honorable Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
CALIFORNIA

OC#31112