1  Mary E. McPherson, Esq., SBN 177194
2  TRESSLER LLP
   18100 Von Karman Avenue, Suite 800
3  Irvine, CA 92612
   Telephone:    (949) 336-1200
4  Facsimile:    (949) 752-0245
   E-mail:       mmcpherson@tresslerllp.com
5

6  Attorneys for Defendant/Counterclaimant/Cross-Complainant,
   Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
7  as successor-in-interest to Royal Insurance Company of America)

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
10

| | |
|---|---|
| 11  AIU INSURANCE COMPANY, a New York corporation, | Case No.: C 07 5491 PJH |
| 12  | Assigned for All Purposes to: |
| 13         Plaintiff | Judge Phyllis J. Hamilton |
| | Courtroom 3, 3rd Floor |
| 14       v. | |
| 15  ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive, | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF TIG INSURANCE COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS |
| | [F.R.C.P. Rule 41(a)] |
| | [Filed concurrently with Stipulation to Dismiss] |
| 23        Defendants. | Complaint Filed:   October 29, 2007 |
| 24 | Trial Date:        None Set |

25
26  / / /
27  / / /
28  / / /

1

**[PROPOSED] ORDER**

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of TIG Insurance Company ("TIG"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The cross-claims of Defendant/Counterclaimant/Cross-Complainant, Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood") in the above-captioned matter against TIG are dismissed, with prejudice; and

2. Arrowood and TIG are to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 21, 2011



Honorable Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT
COURT OF THE NORTHERN DISTRICT OF
CALIFORNIA

OC#31110

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF TIG INSURANCE COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS