1  Mary E. McPherson, Esq., SBN 177194
   TRESSLER LLP
2  18100 Von Karman Avenue, Suite 800
   Irvine, CA 92612
3  Telephone:      (949) 336-1200
4  Facsimile:      (949) 752-0245
   E-mail:         mmcpherson@tresslerllp.com
5
6  Attorneys for Defendant/Counterclaimant/Cross-Complainant,
   Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
7  as successor-in-interest to Royal Insurance Company of America)

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11 | AIU INSURANCE COMPANY, a New York corporation, | Case No.:  C 07 5491 PJH |
12 | | Assigned for All Purposes to: |
13 | Plaintiff | Judge Phyllis J. Hamilton |
   | | Courtroom 3, 3rd Floor |
14 | v. | |
15 | ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive, | [PROPOSED] ORDER RE DISMISSAL, WITHOUT PREJUDICE, OF AMERICAN SAFETY RISK RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS |
   | | [F.R.C.P. Rules 41(a) and 60(b)] |
   | | [Filed concurrently with Stipulation of Dismissal, without Prejudice] |
   | Defendants. | Complaint Filed:  October 29, 2007 |
   | | Trial Date:       None Set |

27 ///
28 ////

1

[PROPOSED] ORDER RE DISMISSAL, WITHOUT PREJUDICE, OF AMERICAN SAFETY RISK
RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM ARROWOOD
INDEMNITY COMPANY'S CROSS-CLAIMS

**[PROPOSED] ORDER**

Having fully considered the Stipulation of Dismissal, <u>without</u> Prejudice, between Defendants/Cross-Defendants American Safety Risk Retention Group, Inc. and American Safety Indemnity Company ("American Safety") and Defendant/Counterclaimant/Cross-Complainant Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood"), and pursuant to Rules 41(a) and 60(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The Stipulation dismissing, with prejudice, Arrowood's cross-claims in the above-captioned matter against American Safety is VACATED [Docket No. 147];

2. The Order dismissing, with prejudice, Arrowood's cross-claims in the above-captioned matter against American Safety is VACATED [Docket No. 148]; and

3. Arrowood's cross-claims against American Safety are dismissed in the above-captioned action, *without prejudice,* without American Safety and Arrowood waiving costs, and without American Safety waiving as to Arrowood any past, present or future liability or obligations, including all claims for equitable relief, under the commercial general liability policies Arrowood issued to Rylock Company, Ltd., which policies include, but are not limited to: (1) policy no. PTY441053 effective March 1, 1996 to March 1, 1997; (2) policy no. PTS443208 effective March 1, 1997 to March 1, 1998; (3) policy no. PTR457882 effective March 1, 1998 to March 1, 1999; and (4) policy no. PTR-457882009 effective March 1, 1999 to March 1, 2000.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 27__, 2011

Honorable _____
JUDGE OF _____ STATES DISTRICT
COURT _____ DISTRICT OF
CALIFORNIA - Oakland Division

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

OC#31112