1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIU INSURANCE COMPANY, a New York corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA, a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Oklahoma corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 07-CV-05491 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL, WITH PREJUDICE, OF TIG INSUARNCE COMPANY, ERRONEOUSLY SUED HEREIN AS TIG SPECIALTY INSURANCE COMPANY, FROM AIU INSURANCE COMPANY'S CLAIMS |

41678

- 1 -

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of Defendant TIG Insurance Company, erroneously sued herein as TIG Specialty Insurance Company, ("TIG"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The claims of Plaintiff AIU Insurance Company ("AIU") against TIG are dismissed, with prejudice; and

2. AIU and TIG are to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 27__, 2011

_____
Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*