1  Mary E. McPherson, Esq., SBN 177194
   TRESSLER LLP
2  18100 Von Karman Avenue, Suite 800
   Irvine, CA 92612
3  Telephone:      (949) 336-1200
4  Facsimile:      (949) 752-0245
   E-mail:         mmcpherson@tresslerllp.com
5

6  Attorneys for Defendant/Counterclaimant/Cross-Complainant,
   Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
7  as successor-in-interest to Royal Insurance Company of America)

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
10

11

| AIU INSURANCE COMPANY, a New York corporation, | Case No.:  C 07 5491 PJH |
|---|---|
| Plaintiff | Assigned for All Purposes to: Judge Phyllis J. Hamilton Courtroom 3, 3rd Floor |
| v. | |
| ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive, | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AMERICAN SAFETY RISK RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS  [F.R.C.P. Rule 41(a)]  [Filed concurrently with Stipulation to Dismiss] |
| Defendants. | |
| | Complaint Filed:   October 29, 2007 Trial Date:        None Set |

1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AMERICAN SAFETY
RISK RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM
ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS

**[PROPOSED] ORDER**

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of American Safety Risk Retention Group, Inc. and American Safety Indemnity Company ("American Safety"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. The cross-claims of Defendant/Counterclaimant/Cross-Complainant, Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood") in the above-captioned matter against American Safety are dismissed, with prejudice.

2. Arrowood and American Safety are to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _February 25_, 2011



_____
Honorable Phyllis J. H
JUDGE
COURT
CALIFO

OC#31112

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AMERICAN SAFETY RISK RETENTION GROUP, INC. AND AMERICAN SAFETY INDEMNITY COMPANY FROM ARROWOOD INDEMNITY COMPANY'S CROSS-CLAIMS