UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIU INSURANCE C0MPANY,

    Plaintiff(s),

    v.

ACCEPTANCE INSURANCE COMPANY, et al.,

    Defendant(s).
_____/

No. C 07-5491 PJH

**ORDER**

    The court has recently approved another of many stipulations filed by the parties since the January 27, 2011 case management conference. It is not clear from the docket, however, whether the stipulated dismissal of the claims between AIU and Arrowood has been filed, even though counsel represented at the conference that it would be filed within two weeks.

    All parties to this action are hereby ordered to file a joint status statement no later than March 15, 2011 to apprise the court of what claims remain in this case, so that the court may determine whether to schedule a further case management conference or a trial date.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge