1  Mary E. McPherson, Esq., SBN 177194
   TRESSLER LLP
2  18100 Von Karman Avenue, Suite 800
   Irvine, CA 92612
3  Telephone:    (949) 336-1200
   Facsimile:    (949) 752-0245
4  E-mail:       mmcpherson@tresslerllp.com

5

6  Attorneys for Defendant/Counterclaimant/Cross-Complainant,
   Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company
7  as successor-in-interest to Royal Insurance Company of America)

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

| 11 | AIU INSURANCE COMPANY, a New York corporation, | Case No.:  C 07 5491 PJH |
|---|---|---|
| 12 | | Assigned for All Purposes to: |
| 13 | Plaintiff | Judge Phyllis J. Hamilton |
| 14 | v. | Courtroom 3, 3rd Floor |
| 15 | ACCEPTANCE INSURANCE COMPANY, a Delaware corporation, TIG SPECIALTY INSURANCE COMPANY, a California corporation, ARROWOOD INDEMNITY COMPANY (f/k/a ROYAL INDEMNITY COMPANY AS SUCCESSOR-IN-INTEREST TO ROYAL INSURANCE COMPANY OF AMERICA) a Delaware corporation, AMERICAN SAFETY RISK RETENTION GROUP, INC., a Vermont corporation, AMERICAN SAFETY INDEMNITY COMPANY, a Oklahoma corporation, and DOES 1 through 10, inclusive, | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AIU INSURANCE COMPANY AND ARROWOOD INDEMNITY COMPANY |
| 16 | | |
| 17 | | |
| 18 | | **[F.R.C.P. Rule 41(a)]** |
| 19 | | |
| 20 | | [Filed concurrently with Stipulation to Dismiss] |
| 21 | | |
| 22 | | |
| 23 | Defendants. | Complaint Filed:    October 29, 2007<br>Trial Date:         None Set |
| 24 | | |

25  / / /

26  / / /

27  / / /

28

**[~~PROPOSED~~] ORDER**

Having fully considered the concurrently filed Stipulation of Dismissal, with Prejudice, of AIU Insurance Company ("AIU") and Arrowood Indemnity Company (f/k/a/ Royal Indemnity Company as successor-in-interest to Royal Insurance Company of America) ("Arrowood"), and pursuant to Rule 41(a) of the Federal rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.   AIU's Complaint against Arrowood in the above-captioned action is dismissed, with prejudice;

2.   Arrowood's counterclaims against AIU in the above-captioned action are dismissed, with prejudice; and

3.   Arrowood and AIU are to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: <u>March 1</u>, 2011



Honorable Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

OC#31111

---

2

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL, WITH PREJUDICE, OF AIU INSURANCE
COMPANY AND ARROWOOD INDEMNITY COMPANY
